UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MATTHEW IZEH,<br><br>        Plaintiff,<br><br>-against-<br><br>GARY KOOS KENT; NEW YORK COUNTY ASSISTANT DISTRICT ATTORNEY; JUDGE WESTON CORITT MANHATTAN SUPREME COURT PART 42; KELLEY MINOGUE, (DA) REPORTER (DISTRICT ATTORNEY),<br><br>        Defendants. | 25-cv-0478 (LLS)<br><br>CIVIL JUDGMENT |

  For the reasons stated in the July 8, 2025, order, Plaintiff's Section 1983 claims, filed IFP under 28 U.S.C. § 1915(a)(1), are dismissed for failure to state a claim on which relief may be granted. 28 U.S.C. § 1915(e)(2)(B)(ii). Any habeas corpus claims are dismissed without prejudice.

  The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: July 11, 2025
     New York, New York

               /s/ Louis L. Stanton
               LOUIS L. STANTON
             United States District Judge